BEFORE THE SECOND DIVISION, OCTOBER 5, 1967

No. P67/337.—Uni Import Corp. and United Merchandising Corp. *v.* United States, protests 59/29246 and 59/12908 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCCP 59, C.A.D. 859), the claim of the plaintiffs was sustained.

No. P67/338.—Mitsui & Co., Ltd. *v.* United States, protests 66/77868(A), 66/77867(C), and 66/77867(A) (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 9, 1967

No. P67/339.—J. M. Sutton Sons & Co. *v.* United States, protest 66/40295 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of soup tureens with cords the same in all material respects as those the subject of *Silvine Importers, Inc.* v. *United States* (57 Cust. Ct. 362, C.D. 2821), the protest was dismissed and the matter remanded to a single judge to determine the value of the merchandise in the manner provided by law. (28 U.S.C. § 2636(d).)